| Prob 22 (2/98) | | DOCKET NUMBER (Tran Court) 0863 3:06CR00563-001 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Rec Court) 08CR50007 |

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE: | DISTRICT Southern District Iowa | DIVISION United States Probation Office |
|---|---|---|
| Timothy Brant | NAME OF SENTENCING JUDGE John A. Jarvey U.S. District Judge | |
| FILED FEB 1 5 2008 | DATES OF PROB/TSR RELEASE | FROM 3/26/2007 | TO 3/25/2010 |

| OFFENSE |
|---|
| 18:641 - Theft (Ct. 1)    MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN DISTRICT OF IOWA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Northern District Of Illinois** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

10/29/07 Date                              United States District Judge

* This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **NORTHERN DISTRICT OF ILLINOIS**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11/1/07 Date                              United States District Judge

ATTEST AND CERTIFY THAT
TRUE AND FULL COPY OF THE
ORIGINAL.
DATE: 2/7/08
MARJORIE E. KRAHN
CLERK, U.S. DISTRICT COURT
BY:
    DEPUTY CLERK

TERMED

# U.S. District Court
# United States District Court for the Southern District of Iowa (Davenport)
# CRIMINAL DOCKET FOR CASE #: 3:06-cr-00563-JAJ-TJS All Defendants
# Internal Use Only

Case title: USA v. Brant

Date Filed: 08/14/2006
Date Terminated: 03/26/2007

Assigned to: Judge John A. Jarvey
Referred to: Magistrate Judge Thomas J. Shields

## Defendant (1)

**Timothy Ray Brant**
*TERMINATED: 03/26/2007*

represented by **Terence L McAtee**
IOWA FEDERAL PUBLIC DEFENDER
101 W 2ND ST
STE 401
DAVENPORT, IA 52801-1815
563-322-8931
Fax: 563-383-0052
Email: terry_mcatee@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

## Pending Counts

PUBLIC MONEY, PROPERTY OR RECORDS - 18:641 - Theft of Funds of the United States
(1)

## Disposition

Defendant sentenced to 3 years of probation, restitution in the amount of $7,280.00 and $100.00 for the crime victims fund

## Highest Offense Level (Opening)

Felony

I DO HEREBY ATTEST AND CERTIFY THAT THIS IS A TRUE AND FULL COPY OF THE ORIGINAL.
DATE: 2/7/08
MARJORIE E. KRAHN
CLERK, U.S. DISTRICT COURT
BY: _____ DEPUTY CLERK

## Terminated Counts

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                                   **Disposition**

None


**Plaintiff**

USA                                               represented by   **Donald B Allegro**
                                                                  U S Attorney's Office
                                                                  U.S. Courthouse
                                                                  Suite 310
                                                                  131 East 4th Street
                                                                  Davenport, IA 52801
                                                                  563-884-7700
                                                                  Fax: 563-884-7701
                                                                  Email: Don.Allegro@USDOJ.gov
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/07/2008 |  | (Court only) ***Clerk Staff Notes as to Timothy Ray Brant: Sent transfer paperwork to the Northern District of Illinois - Rockford Division. (bp, ) (Entered: 02/07/2008) |
| 02/07/2008 | 27 | Probation Jurisdiction Transferred to Northern District of Illinois as to Timothy Ray Brant Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment, docket sheet, and statement of account. (Attachments: # 1 Letter from Northern District of Illinois) (bp, ) (Entered: 02/07/2008) |
| 09/07/2007 | 26 | SATISFACTION OF MONETARY IMPOSITION OF JUDGMENT as to Timothy Ray Brant *CVF Assessment and Restitution* regarding Judgment 23 (Hayward, Gary) (Entered: 09/07/2007) |
| 04/11/2007 | 25 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Timothy Ray Brant (bp, ) (Entered: 04/11/2007) |
| 03/26/2007 | 24 | Sealed Document (bp, ) (Entered: 03/26/2007) |
| 03/26/2007 | 23 | JUDGMENT as to Timothy Ray Brant (1), Count(s) 1, Defendant sentenced to 3 years of probation, restitution in the amount of $7,280.00 and $100.00 for the crime victims fund. Signed by Judge John A. Jarvey on 3/26/2007. (bp, ) (Entered: 03/26/2007) |

| | | |
|---|---|---|
| 03/26/2007 | ●22 | Minute Entry for proceedings held before Judge John A. Jarvey :Sentencing held on 3/26/2007 for Timothy Ray Brant (1), Count(s) 1, Defendant sentenced to 3 years of probation, restitution in the amount of $7,280.00 and $100.00 for the crime victims fund.. (Court Reporter Linda Egbers.)(Time:8:28am-8:37am) (bp, ) (Entered: 03/26/2007) |
| 03/23/2007 | ● | Judge update in case as to Timothy Ray Brant. Judge John A. Jarvey added. Judge Robert W. Pratt no longer assigned to case. (bp, ) (Entered: 03/23/2007) |
| 03/20/2007 | ● | TEXT ORDER RESETTING SENTENCING (NO DOCUMENT ATTACHED) for 3/26/2007 08:30 AM in Davenport - Room 120 - 1st Floor (WEST COURTROOM) before Judge John A. Jarvey. (dmg) (Entered: 03/20/2007) |
| 01/31/2007 | ●21 | TEXT Minute Entry for proceedings held before Judge Thomas J. Shields:Status Conference as to Timothy Ray Brant held on 1/31/2007. Present were T McAtee, D Allegro, and J Johnson. Sentencing set for 3/26/2007 08:30 AM before Chief Judge Robert W. Pratt. [8:41-8:42](Court Reporter NONE.) (rmj) (Entered: 01/31/2007) |
| 01/31/2007 | ● | Judge update in case as to Timothy Ray Brant. Judge Robert W. Pratt added. Judge Unassigned no longer assigned to case. (rmj) (Entered: 01/31/2007) |
| 11/13/2006 | ●20 | TEXT ORDER adopting Report and Recommendations re 17 Plea of Guilty as to Timothy Ray Brant. There has been no timely objection to the Report and Recommendation of the United States Magistrate Judge recommending that the guilty plea be accepted. Therefore, pursuant to the provisions of 28 U.S.C. Section 636(b)(1), the Defendant's plea of 10/24/2006 is now accepted. Entered by Judge James E. Gritzner on 11/13/2006. (nlh) (Entered: 11/13/2006) |
| 10/24/2006 | ●19 | MOTION REFERRAL - NO DOCUMENT - as to Timothy Ray Brant REFERRED to Judge Gritzner. 17 REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY as to Timothy Ray Brant by Thomas J. Shields. Motion referred to James E. Gritzner. (rmj) (Entered: 10/25/2006) |
| 10/24/2006 | ●18 | ORDER for status conference as to Timothy Ray Brant. Entered by Thomas J. Shields on 10/24/2006. (rmj) (Entered: 10/25/2006) |
| 10/24/2006 | ●17 | REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY as to Timothy Ray Brant by Thomas J. Shields. Objections to R&R due by 11/7/2006. Entered by Thomas J. Shields on 10/24/2006. (rmj) (Entered: 10/25/2006) |
| 10/24/2006 | ●16 | NOTICE AND CONSENT RE ENTRY OF PLEA OF GUILTY by Timothy Ray Brant and USA. (rmj) (Entered: 10/25/2006) |
| 10/24/2006 | ●15 | Minute Entry for proceedings held before Judge Thomas J. Shields:Change of Plea Hearing as to Timothy Ray Brant held on |

| | | |
|---|---|---|
| | | 10/24/2006. Status Conference set for 1/31/2007 08:30 AM before Magistrate Judge Thomas J. Shields. (Court Reporter Linda Egbers.) (rmj) (Entered: 10/25/2006) |
| 10/23/2006 | 14 | ORDER FOR APPOINTMENT OF COUNSEL as to Timothy Ray Brant. Entered by Thomas J. Shields on 10/23/2006. (bp, ) (Entered: 10/24/2006) |
| 10/23/2006 | 13 | CJA 23 Financial Affidavit by Timothy Ray Brant (bp, ) (Entered: 10/24/2006) |
| 10/18/2006 | 12 | TEXT ORDER as to Timothy Ray Brant. Change of Plea Hearing reset from 10/19/06 to 10/24/2006 04:00 PM before Magistrate Judge Thomas J. Shields.Entered by Thomas J. Shields on 10/18/2006. (rmj) (Entered: 10/18/2006) |
| 10/17/2006 | 11 | ORDER TO CONTINUE - Ends of Justice as to Defendant Timothy Ray Brant. Jury Trial set for 11/27/2006 09:00 AM before Judge Unassigned. Pretrial Conference set for 11/13/2006 09:00 AM before Magistrate Judge Thomas J. Shields. Pretrial Motion Deadline 11/9/2006. Change of Plea Hearing set for 10/19/2006 03:00 PM before Magistrate Judge Thomas J. Shields. Entered by Thomas J. Shields on 10/17/2006. (bp, ) (Entered: 10/17/2006) |
| 10/16/2006 | 10 | Text Minute Entry for proceedings held before Judge Thomas J. Shields :Pretrial Conference as to Timothy Ray Brant held on 10/16/2006. Government believes a plea date is needed. Counsel for defendant requests a change of plea date. Court sets a change of plea for October 19, 2006, @ 3:00pm. The Court will continue the trial until the November 27, 2006 trial setting, if the plea does not take place. The Court will further set the next pretrial conference for November 13, 2006 and a pretrial motion deadline for November 9, 2006. (Court Reporter FTR Gold.) (Time:9:52am-9:53am)(bp, ) (Entered: 10/17/2006) |
| 08/31/2006 | 9 | NOTICE filed by USA as to Timothy Ray Brant. USM 285 return. (jl) (Entered: 09/01/2006) |
| 08/31/2006 | 8 | ORDER Setting Conditions of Release as to Timothy Ray Brant (1) OR Bond . Entered by Thomas J. Shields on 8/31/2006. (bp, ) (Entered: 08/31/2006) |
| 08/31/2006 | 7 | TEXT ORDER SETTING TRIAL as to Timothy Ray Brant Jury Trial set for 10/30/2006 09:00 AM before Judge Unassigned. Discovery due by 9/14/2006.Reciprocal Discovery due by 9/28/2006. Motions due by 10/6/2006. Pretrial Conference set for 10/16/2006 09:00 AM before Magistrate Judge Thomas J. Shields. Trial Notification due by 10/23/2006. Entered by Thomas J. Shields on 8/31/2006. (bp, ) (Entered: 08/31/2006) |
| 08/31/2006 | 6 | Text Minute Entry for proceedings held before Judge Thomas J. Shields : Arraignment as to Timothy Ray Brant (1) Count 1 held on 8/31/2006. See pleading #5, for image. (Court Reporter FTR Gold.)(TIme:10:04am-10:16am) (bp, ) (Entered: 08/31/2006) |

| 08/31/2006 | 5 | Minute Entry for proceedings held before Judge Thomas J. Shields : Initial Appearance as to Defendant Timothy Ray Brant held on 8/31/2006 Attorney Terence McAtee for defendant (Court Reporter FTR Gold.)(Time:10:04am-10:16am) (bp, ) (Entered: 08/31/2006) |
|---|---|---|
| 08/17/2006 |  | Case unsealed as to Timothy Ray Brant (bp, ) (Entered: 08/17/2006) |
| 08/16/2006 | 4 | (Court only) Summons Issued in case as to Timothy Ray Brant Initial Appearance set for 8/31/2006 10:00 AM before Magistrate Judge Thomas J. Shields. (bp, ) (Entered: 08/23/2006) |
| 08/16/2006 | 3 | Text Minute Entry for proceedings held before Judge Thomas J. Shields : Grand Jury Presentment as to Timothy Ray Brant held on 8/16/2006 Not Secret, Summons to issue, Gov. requested Bond. Government present by AUSA Donald Allegro. (Court Reporter None.)(Time:2:31pm-2:38pm) (bp, ) (Entered: 08/16/2006) |
| 08/16/2006 | 2 | REDACTED INDICTMENT by USA as to Timothy Ray Brant (bp, ) (Entered: 08/16/2006) |
| 08/16/2006 | 1 | SEALED INDICTMENT as to Timothy Ray Brant (1) count(s) 1. (bp, ) (Entered: 08/16/2006) |
| 08/16/2006 |  | Judge update in case as to Timothy Ray Brant. Judge Unassigned and Thomas J. Shields added. (bp, ) (Entered: 08/16/2006) |

Case 3:06-cr-00563-JAJ-TJS   Document 2   Filed 08/16/2006   Page 1 of 1

RECEIVED
AUG 16 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 3:06-cr-563 |
| Plaintiff, | ) | |
| v. | ) | **INDICTMENT** |
| | ) | T.18 U.S.C. §641 |
| TIMOTHY RAY BRANT, | ) | |
| Defendant. | ) | |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Theft of Funds of the United States)**

That beginning on or about August 1, 2005, and continuing until on or about February 10, 2006, in and about Scott County in the Southern District of Iowa, and elsewhere, the defendant, TIMOTHY RAY BRANT, voluntarily, intentionally, and knowingly did embezzle, steal, purloin, and convert to his use and the use of another, and without authority did dispose of, money of the United States and an agency thereof, to wit: the United States Railroad Retirement Board, and the value of the money exceeded $1,000.00.

This is a violation of Title 18, United States Code, Section 641.

**A TRUE BILL.**

/s/
FOREPERSON

Matthew G. Whitaker
United States Attorney

By: /s/ Donald B. Allegro
Donald B. Allegro
Assistant United States Attorney

I DO HEREBY ATTEST AND CERTIFY THAT THIS IS A TRUE AND FULL COPY OF THE ORIGINAL.
DATE: 2/7/58
MARJORIE E. KRAHN
CLERK, U.S. DISTRICT COURT
BY: _____
DEPUTY CLERK

AO 245B  (Rev. 12/03) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ District of _____IOWA_____

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| Timothy Ray Brant | Case Number: 06-563 |
| | USM Number: 08155-030 |
| | Terence McAtee |
| | Defendant's Attorney |

**THE DEFENDANT:**

X pleaded guilty to count(s)  One

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:641 | Theft | February 2006 | One |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

I DO HEREBY ATTEST AND CERTIFY THAT
THIS IS A TRUE AND FULL COPY OF THE
ORIGINAL.
DATE: 2/7/08
MARJORIE E. KRAHN
CLERK, U.S. DISTRICT COURT
BY: _____ DEPUTY CLERK

335-05-14

March 26, 2007
Date of Imposition of Judgment

_Signature of Judge_

John A. Jarvey, U.S. District Judge
Name and Title of Judge

March 26, 2007
Date

AO 245B  (Rev. 12/03) Judgment in a Criminal Case
　　　　　Sheet 2—Probation

Judgment—Page __2__ of __5__

DEFENDANT: Timothy Brant
CASE NUMBER: 06-563

## PROBATION

The defendant is hereby sentenced to probation for a term of :　3 years

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.

- [X] The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)
- [X] The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)
- [X] The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)
- [ ] The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)
- [ ] The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Case 3:06-cr-00563-JAJ-TJS  Document 23  Filed 03/26/2007  Page 3 of 5

AO 245B  (Rev. 12/03) Judgment in a Criminal Case
Sheet 2A — Probation

Judgment—Page 3 of 5

DEFENDANT: Timothy Brant
CASE NUMBER: 06-563

## SPECIAL CONDITIONS OF SUPERVISION

Restitution in the amount of $7,280 is ordered. You shall cooperate with the Probation Officer in developing a monthly payment plan consistent with a schedule of allowable expenses provided by the Probation Office. You shall provide the Probation Office access to any financial records including income tax returns, and checking accounts. You shall not enter into any financial agreement, incur new credit charges, open additional lines of credit, or checking account, or make any purchases in excess of $500 without approval of the U. S. Probation Officer. You may be required to participate in an IRS offset program which may include the garnishment of wages, or seizure of all or part of any income tax refund to be applied toward the restitution balance. You may be required to participate in the Treasury Offset Program which would include the seizure of any government payment to be applied toward the restitution balance. In addition, you may be subject to wage garnishment.

AO 245B  (Rev. 12/03)(N.D.Ill. Rev. Case 3:06-cr-00563-JAJ-TJS  Document 23  Filed 03/26/2007  Page 4 of 5
Sheet 3 — Criminal Monetary Penalties

Judgment — Page __4__ of __5__

DEFENDANT:     Timothy Brant
CASE NUMBER:   06-563

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|        | **Assessment** | **Fine** | **Restitution** |
|--------|----------------|----------|-----------------|
| TOTALS | $ 100          | $ None   | $ 7,280         |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|-------------------|-----------------|-------------------------|----------------------------|
| U.S. Railroad Retirement Board<br>Unemployment and Sickness<br>Debt Collection<br>P.O. Box 979025<br>St. Louis, Missouri<br>63197-9000 | $7,280 | $7,280 | 100% |
| **TOTALS** | $ 7,280 | $ 7,280 | |

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

X  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  x  the interest requirement is waived for the   ☐ fine   x  restitution.

  ☐  the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B  (Rev. 12/03) Judgment in a Criminal Case  
Case 3:06-cr-00563-JAJ-TJS  Document 23  Filed 03/26/2007  Page 5 of 5  
Sheet 4 — Schedule of Payments

|  |  |
|---|---|
| DEFENDANT: Timothy Brant | Judgment — Page 5 of 5 |
| CASE NUMBER: 06-563 | |

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**  X  Lump sum payment of $ 100 due immediately, balance due

  ☐ not later than _____, or
  ☐ in accordance  ☐ C,  ☐ D,  ☐ E, or  ☐ F below; or

**B**  ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

**C**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E**  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  X  Special instructions regarding the payment of criminal monetary penalties:

  All criminal monetary penalty payments are to be made to the Clerk's Office, U. S. District Court, P. O. Box 9344, Des Moines, IA 50306-9344.

  While on supervised release, you shall cooperate with the Probation Officer in developing a monthly payment plan consistent with a schedule of allowable expenses provided by the Probation Office.

Nothing in this judgment shall be construed as a limitation on the authority of the United States to apply to the Court for a writ of garnishment subject to the approval of the Court in accordance with the Federal Debt Collection Procedure Act, 28 U.S.C. §§3301, et seq., or applicable State law, during the time period that the defendant is incarcerated or under supervision pursuant to this judgment. (See 18 U.S.C. §3664(m)).

Nothing in this judgment shall be construed as a limitation or restriction on the authority of the Bureau of Prisons to require additional payments as a condition for an assignment or for participation in any program.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

  Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

**FILED**

**FEB 15 2008**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 3:06-CR-563 |
| ) | |
| v. ) | |
| ) | |
| TIMOTHY RAY BRANT ) | SATISFACTION OF JUDGMENT |
| ) | |
| Defendant. ) | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Satisfaction is hereby acknowledged of that certain judgment for a crime victim fund assessment and restitution, entered on March 26, 2007, in favor of the United States of America, against the above-named defendant. The clerk is hereby authorized and directed to enter satisfaction of record in this action.

Respectfully Submitted,

Matthew G. Whitaker
United States Attorney

By: /s/ Gary L. Hayward
Gary L. Hayward
Assistant United States Attorney
U.S. Courthouse Annex
110 E. Court Avenue
Des Moines, Iowa 50309
Tel: (515) 284-6474
Fax: (515) 284-6492
Email: Gary.Hayward@usdoj.gov

ATTEST AND CERTIFY THAT
TRUE AND FULL COPY OF THE
ORIGINAL.
DATE: 2/7/08
MARJORIE E. KRAHN
CLERK, U.S. DISTRICT COURT
BY: _____
DEPUTY CLERK

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 7, 2007, I electronically filed the foregoing with the Clerk of Court using the ECF system and that a true copy of the United States' Satisfaction of Judgment was served either electronically or by U.S. First Class Mail upon the following on September 7, 2007

Timothy Ray Brant

/s/ *Gary L. Hayward*
Gary L. Hayward
Assistant U.S. Attorney